**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**GARDEN CITY BOXING CLUB, INC.,** *as*
*Broadcast Licensee of the September 13, 2003*
*DeLaHoya/Mosley, Program,*

               **Plaintiff,**

  - against -

**MARTHA M. ROSADO,** *Individually and as*
*officer, director, shareholder and/or principal*
*of* **CAMAFE RESTAURANT and CAMA FE**
**RESTAURANT CORP. d/b/a CAMAFE**
**RESTAURANT,**

               **Defendants.**
-----------------------------------------------------------x

**ORDER**

**04 CV 3477 (NG)(KAM)**

**GERSHON, United States District Judge:**

      The unopposed Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated September 2, 2005 is hereby adopted in its entirety. Plaintiff's motion for a default judgment against defendants is granted. Plaintiff's request for a permanent injunction is denied. The Clerk of Court is directed to enter judgment for plaintiff against defendants, jointly and severally, in the amount of $12,000, inclusive of basic and enhanced statutory damages, attorneys' fees of $1,050 and costs of $565, for a total award of $13,615. This amount will accrue interest at the rate of nine percent from September 13, 2003 to the

entry of the judgment, and the judgment will accrue interest at the rate provided by law until paid.

                      **SO ORDERED.**

                      */s/ Nina Gershon*

                      **NINA GERSHON**
                      **United States District Judge**

Dated: Brooklyn, New York
       October 11, 2005